# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                v.                        Crim. No. 4:11-CR-91-1FL

**AL JOSEPH WATSON, JR.**

      On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                  /s/ Dewayne L. Smith  
Eddie J. Smith                                         Dewayne L. Smith  
Supervising U.S. Probation Officer             U.S. Probation Officer  
                                                                  201 South Evans Street, Rm 214  
                                                                  Greenville, NC 27858-1137  
                                                                  Phone: 252-830-2338  
                                                                  Executed On: October 4, 2017

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   4th   day of   October  , 2017.

                                                                  Louise W. Flanagan  
                                                                  U.S. District Judge